AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GRAND CANYON UNIVERSITY

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Cl*

ISSUED ON 7:19 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   GRAND CANYON EDUCATION,INC



2600 W. Camelback Road, Phoenix, AZ 85017


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____    _____
                                              *Signature of*

ISSUED ON 7:19 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI<br><br>*Plaintiff(s)*<br>v.<br>GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC.<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
Signature of

ISSUED ON 7:19 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI<br><br>*Plaintiff(s)*<br>v.<br>GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRIAN MUELLER

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of*

ISSUED ON 7:19 am, Jan 22, 2020
s/ **Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOE YAHNER

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Cl*

ISSUED ON 7:19 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   KENNY BYERS

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of*

ISSUED ON 7:19 am, Jan 22, 2020
s/ **Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MICHAEL MARTINEZ

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of C*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer M.GRUPE

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of* (

ISSUED ON 7:20 am, Jan 22, 2020
s/ **Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Officer ROBINSON

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer WASHINGTON

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of C*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sergeant BRISTLE

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Sergeant WILEY

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____
*Signature of*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| KINO BONELLI <br><br> *Plaintiff(s)* <br> v. <br> GRAND CANYON UNIVERSITY; GRAND CANYON EDUCATION, INC.; GRAND CANYON UNIVERSITY CAMPUS POLICE AND PUBLIC SAFETY; BRIAN MUELLER; JOE YAHNER; KENNY BYERS; MICHAEL MARTINEZ; Officer ROBINSON; Officer WASHINGTON; Sergeant BRISTLE; Sergeant WILEY; Officer M. GRUPE; and STEVE YOUNG, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STEVE YOUNG

2600 W. Camelback Road, Phoenix, AZ 85017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KRISTA R. HEMMING Esq, THE HEMMING FIRM
222 WEST 6TH STREET SUITE 400
SAN PEDRO, CA 90731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                  _____
*Signature of C*

ISSUED ON 7:20 am, Jan 22, 2020
s/ Debra D. Lucas, Acting Clerk