Robert B. Zelms, Arizona Bar No. 018956
  *rbz@manningllp.com*
Nishan J. Wilde, Arizona Bar No. 031447
  *njw@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469

*Attorneys for Defendants Grand Canyon University;*
*Grand Canyon Education, Inc.; Grand Canyon University*
*Campus Police; and Brian Mueller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kino Bonelli,<br><br>    Plaintiff,<br><br>    v.<br><br>Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police and Public Safety; Brian Mueller; Joe Yahner; Kenny Byers; Michael Martinez; Officer Robinson; Officer Washington; Sergeant Bristle; Sergeant Wiley; Officer M. Grupe; And Steve Young, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, Inc.,<br><br>    Defendants. | Case No. 2:20-cv-00143-SMB<br><br>**NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES**<br><br>(Assigned to Honorable Susan M. Brnovich) |

Defendants Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police; and Brian Mueller (collectively "GCU Defendants") hereby certify that on May 15, 2020, GCU Defendants' Mandatory Initial Discovery Responses were served via electronic mail and via first class mail to Plaintiffs' counsel.

///

///

4844-3307-1037.1

| | |
|---|---|
| DATED:  May 20, 2020 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br><br>By:  *s/* Nishan J. Wilde<br>    Robert B. Zelms<br>    Nishan J. Wilde<br>    *Attorneys for Defendants Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police; and Brian Mueller* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2020, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Krista R. Hemming
THE HEMMING FIRM
222 West 6th Street
San Pedro, Ca 90731
thehemmingfirm@gmail.com
(Pro Hac Vice Approved 12/4/2019)
*Attorney for Plaintiff*

*s/ Diana Drake*

2