Robert B. Zelms, Arizona Bar No. 018956
*rbz@manningllp.com*
Nishan J. Wilde, Arizona Bar No. 031447
*njw@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469

*Attorneys for Defendants Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police; and Brian Mueller*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kino Bonelli,<br><br>    Plaintiff,<br><br>    v.<br><br>Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police and Public Safety; Brian Mueller; Joe Yahner; Kenny Byers; Michael Martinez; Officer Robinson; Officer Washington; Sergeant Bristle; Sergeant Wiley; Officer M. Grupe; And Steve Young, Individually, and in their capacity as officers and agents for Grand Canyon University and Grand Canyon University, Inc.,<br><br>    Defendants. | Case No.  2:20-cv-00143-SMB<br><br>**NOTICE OF NON-PARTIES AT FAULT**<br><br>(Assigned to Honorable Susan M. Brnovich) |

Defendants Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police; and Brian Mueller (collectively "GCU Defendants") by and through undersigned counsel, hereby file this notice of non-party at fault.

GCU Defendants make this disclosure pursuant to *Rosner v. Denim & Diamonds*, 188 Ariz. 431, 937 P.2d 353 (App. 1996). To the extent that ongoing discovery uncovers the fault of a non-party in this matter, GCU Defendants reserve the right to amend this notice and name non-parties at fault.

1.     Unidentified Persons or Entities

Plaintiff claims that he has suffered emotional and physical stress due to the alleged actions of GCU. To the extent that discovery uncovers other persons or entities who caused or contributed to Plaintiff's emotional and physical distress, that person or entity is a non-party at fault.

Plaintiff also claims that due to GCU's actions, his grades suffered and he could not obtain meaningful employment after graduation. To the extent that discovery uncovers other persons or entities who had a negative impact on Plaintiff's grades or employment, that person or entity is a non-party at fault.

Plaintiff also claims that he incurred a loss of reputation, shame, embarrassment, humiliation, mental anguish, and lost wages. To the extent that discovery uncovers other persons or entities who had caused or contributed to these damages, that person or entity is a non-party at fault.

DATED: September 8, 2020　　　　**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:　*s/ Nishan J. Wilde*
　　　Robert B. Zelms
　　　Nishan J. Wilde
　　　*Attorneys for Defendants Grand Canyon University; Grand Canyon Education, Inc.; Grand Canyon University Campus Police; and Brian Mueller*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2020, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Krista R. Hemming
THE HEMMING FIRM
222 West 6th Street, Suite 400
San Pedro, CA 90731
thehemmingfirm@gmail.com
(Pro Hac Vice Approved 12/4/2019)
*Attorney for Plaintiff*

*s/ Diana Drake*

3