UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | District of Arizona |
| U.S. District Court case number: | 20-cv-00143 |
| Date case was first filed in U.S. District Court: | 1/21/2020 |
| Date of judgment or order you are appealing: | 11/3/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Kino Bonelli

Is this a cross-appeal?   ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

222 West 6th Street, ste 400

| | | | | | |
|---|---|---|---|---|---|
| City: | San Pedro | State: | CA | Zip Code: | 90731 |

Prisoner Inmate or A Number (if applicable):

| | | | |
|---|---|---|---|
| **Signature** | Kino Bonelli | **Date** | 12/4/2020 |

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Kino Bonelli |

Name(s) of counsel (if any):

| Krista R. Hemming |

Address: 222 West 6th, Ste 400. San Pedro, CA 90731

Telephone number(s): 657-342-1488

Email(s): thehemmingfirm@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Grand Canyon University; Grand Canyon Education Inc.; Grand Canyon University Campus Police; and Brian Mueller |

Name(s) of counsel (if any):

| Robert B. Zelms (SBN 018956)Nishan J. Wilde (SBN 031447) MANNING & KASSELLROD, RAMIREZ, TRESTER LLP |

Address: 3636 North Central Ave, 11th Floor, Phoeix, AZ 85012

Telephone number(s): 602-313-5469

Email(s): rbz@manningllp.com; njw@manningllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                        New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*